UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 25CR1119-W |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE** |
| FRANCISCO JAVIER APODACA-LOPEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue is granted. The Motion Setting scheduled for April 21, 2025 at 9:30 a.m. is continued to May 19, 2025 at 9:30 a.m. as a Motion Hearing. It is further ordered that time be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(7)(A).

DATED: 4/17/25

Honorable Thomas J. Whelan
United States District Judge